UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :          Mag. No. 05-3532 (MF)

         v.          :

MICHAEL SELVIN          :          **CONTINUANCE ORDER**

       This matter having been opened to the Court by the United States (Christopher J. Christie, United States Attorney, by Philip James Degnan, Assistant U.S. Attorney, appearing), and defendant Michael Selvin (Hassen Ibn Abdellah, Esq., appearing), for an Order granting a continuance of the proceedings in the above-captioned matter for the period of sixty days, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his initial appearance, pursuant to Title 18, United States Code, Section 3161(b), and the additional right to have the matter submitted for trial within 70 days of the filing of an indictment, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such rights, and for good and sufficient cause shown,

       IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

       1.   The parties are conducting plea negotiations. Successful resolution of these negotiations would render the presentation of this matter to a jury for trial in this matter unnecessary.

-1-

2.    Defendant has consented to the proposed continuance.

3.    The grant of a continuance will likely conserve judicial resources.

4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 10 day of November 2006,

ORDERED that the proceedings scheduled in the above-captioned matter are continued for the period of November 11, 2006 through January 10, 2007; and

IT IS FURTHER ORDERED that the period of November 11, 2006 through January 10, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. MARK FALK
United States Magistrate Judge

Haesen Ibn Abdellah, Esq.
(Attorney for Michael Selvin)

-2-